JOHN H. BEISNER  (*pro hac vice*)
JESSICA D. MILLER  (*pro hac vice*)
RICHARD BERNARDO (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C.  20005-2111
T: 202.371.7850
F: 202.661.0525

CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY SNYDER and MARTIN and BETH MELNICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,<br><br>Defendant. | Case No.: 1:15-CV-01892-TLN-KJN |

### STIPULATION TO CONTINUE TIME TO FILE JOINT STATUS REPORT;  AND ORDER

COME NOW Plaintiffs and Defendant, by and through their attorneys of records and jointly request this Court continue the deadline to file the Joint Status Report until Friday, April 15, 2016.

---

STIP TO CONTINUE TIME TO FILE JOINT STATUS REPORT
16-009/PLEADING.006                    - 1 -
CSP:ep

1. WHEREAS, by Order of this Court dated February 8, 2016, this case was reassigned to the Honorable Troy L. Nunley and it was ordered that "within sixty (60) … from reassignment … the parties shall prepare and submit to the Court a joint status report."

2. WHEREAS, the Joint Status Report is now due on Friday, April 8, 2016.

3. WHEREAS, the attorneys for the parties have been diligently working on a Joint Status Report.  They have circulated a draft Joint Status Report and had two Rule 26(f) telephone conferences but need an addition week to finalize the Joint Status Report.

4. WHEREAS, Defendant's motion to dismiss and motion to strike are currently set for hearing on May 19, 2016 at 2:00 p.m..

5. WHEREAS, the parties request an additional 7 days to file the Joint Status Report on Friday, April 15, 2016

DATED:    April 8, 2016

                                ERICKSEN ARBUTHNOT

                          By  _____
                                CHARLES S. PAINTER
                                GRAHAM M. CRIDLAND
                                100 Howe Avenue, Suite 110 South
                                Sacramento, CA   95825-8201
                                (916) 483-5181 Telephone
                                (916) 483-7558 Facsimile
                                cpainter@ericksenarbuthnot.com
                                gcridland@ericksenarbuthnot.com

                                JOHN H. BEISNER  (*pro hac vice*)
                                JESSICA D. MILLER  (*pro hac vice*)
                                RICHARD BERNARDO (*pro hac vice* pending)
                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                                1440 New York Avenue, N.W
                                Washington, D.C.  20005-2111
                                T: 202.371.7850
                                F: 202.661.0525

                                Attorneys for Defendant, TAMKO
                                BUILDING PRODUCTS, INC.

//

DATED:    April 8, 2016

                BERGER & MONTAGUE, P.C.

                /s/ Jacob M. Palakoff
                (as authorized on 4/8/16)
          By _____
                Shanon J. Carson, admitted pro hac vice
                Lawrence Deutsch, admitted pro hac vice
                Jacob M. Polakoff, admitted pro hac vice
                1622 Locust Street
                Philadelphia, PA 19103
                Telephone: (215) 875-3000
                Facsimile: (215) 875-4604
                scarson@bm.net
                ldeutsch@bm.net
                jpolakoff@bm.net

                RICHARD N. SIEVING, ESQ.
                LUKE G. PEARS-DICKSON, ESQ.
                THE SIEVING LAW FIRM, A.P.C.
                100 Howe Avenue, Suite 220N
                Sacramento, CA 95825
                Telephone: (916) 444-3366
                Facsimile: (916) 444-1223
                rsieving@sievinglawfirm.com
                lpearsdickson@sievinglawfirm.com

                Charles E. Schaffer, admitted pro hac vice
                LEVIN, FISHBEIN, SEDRAN & BERMAN
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                Telephone: (215) 592-1500
                Facsimile: (215) 592-4663
                cschaffer@lfsblaw.com

                Attorneys for Plaintiffs, JEFFREY SNYDER
                and MARTIN and BETH MELNICK.

//

//

//

//

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the deadline for the filing of the Joint Status Report is extended by seven (7) days. The Joint Status Report is to be filed on or before Friday April 15, 2016.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge