1  Richard N. Sieving, Esq. (SBN 133634)
   Luke G. Pears-Dickson, Esq. (SBN 296581)
2  **THE SIEVING LAW FIRM, A.P.C.**
   100 Howe Avenue, Suite 220N
3  Sacramento, CA 95825
   Telephone: (916) 444-3366
4  Facsimile: (916) 444-1223
   rsieving@sievinglawfirm.com
5  lpearsdickson@sievinglawfirm.com

6  Shanon J. Carson, admitted *pro hac vice*
   Lawrence Deutsch, admitted *pro hac vice*
7  Jacob M. Polakoff, admitted *pro hac vice*
   **BERGER & MONTAGUE, P.C.**
8  1622 Locust Street
   Philadelphia, PA 19103
9  Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
10 scarson@bm.net
   ldeutsch@bm.net
11 jpolakoff@bm.net

12 Charles E. Schaffer, admitted *pro hac vice*
   **LEVIN, FISHBEIN, SEDRAN & BERMAN**
13 510 Walnut Street, Suite 500
   Philadelphia, PA 19106
14 Telephone: (215) 592-1500
   Facsimile: (215) 592-4663
15 cschaffer@lfsblaw.com

16 *Attorneys for Plaintiffs Jeffrey Snyder and Martin and Beth Melnick*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SNYDER and MARTIN and BETH MELNICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,<br><br>Defendant. | NO. **1:15–CV–1892–TLN–KJN**<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO RESPOND THERETO; AND ORDER** |

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO
RESPOND THERETO – Page 1; Case No.  1:15-cv-01892-TLN-KJN

1    Plaintiffs Jeffrey Snyder and Martin and Beth Melnick (collectively, "Plaintiffs") request that this Court enter the proposed order regarding the filing of an amended complaint and time to respond thereto (the "Order").  Defendant TAMKO Building Products, Inc. ("Defendant" or "TAMKO") does not object to the Order.

    WHEREAS, on March 1, 2016, Defendant filed a motion to dismiss the Complaint and a motion to strike class allegations (the "Motions").  (Dkt. 24-25.)  The Motions are currently set to be heard by the Court on May 19, 2016 at 2:00 p.m. (the "Hearing").  (Dkt. 26-27.)

    WHEREAS, pursuant to the Local Rules, Rule 230, Plaintiffs' briefs in opposition to the Motions are currently due to be filed by May 5, 2016.

    WHEREAS, Plaintiffs seek leave to amend the Complaint in order to (i) address some of the issues raised in Defendant's motion to dismiss, and (ii) add additional plaintiffs.  Plaintiffs' proposed amended complaint ("Amended Complaint") is attached hereto as Exhibit 1.

    WHEREAS, Defendant believes that the Amended Complaint fails to state a claim for which relief can be granted and intends to file a motion to dismiss rather than oppose the amendment.

    WHEREAS, in light of Plaintiffs' requested amendment the Hearing should be continued.

    NOW THEREFORE, the parties hereby stipulate as follows:

    1.    Upon the Court granting the [Proposed] Order, Plaintiffs shall file their Amended Complaint.

    2.    The Hearing shall be continued.

    3.    Defendant may have forty-five (45) days from the filing of the Amended Complaint to respond in writing to the Amended Complaint and file any motions.

    4.    Defendant shall reserve their motion(s) so as to give Plaintiffs not less than forty-five (45) days to oppose the motions in writing.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: May 5, 2016 | Dated: May 5, 2016 |
| By: /s/ Jacob M. Polakoff<br>Shanon J. Carson, admitted *pro hac vice*<br>Lawrence Deutsch, admitted *pro hac vice*<br>Jacob M. Polakoff, admitted *pro hac vice*<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>scarson@bm.net<br>ldeutsch@bm.net<br>jpolakoff@bm.net | By: /s/ Charles S. Painter (as authorized on 5/5/16)<br>Charles S. Painter<br>Graham M. Cridland<br>**ERICKSEN ARBUTHNOT**<br>100 Howe Avenue, Suite 110 South<br>Sacramento, CA 95825-8201<br>Telephone: (916) 483-5181<br>Facsimile: (916) 483-7558<br>cpainter@ericksenarbuthnot.com<br>gcridland@ericksenarbuthnot.com |
| Richard N. Sieving, Esq. (SBN 133634)<br>Luke G. Pears-Dickson, Esq. (SBN 296581)<br>**THE SIEVING LAW FIRM, A.P.C.**<br>100 Howe Avenue, Suite 220N<br>Sacramento, CA 95825<br>Telephone: (916) 444-3366<br>Facsimile: (916) 444-1223<br>rsieving@sievinglawfirm.com<br>lpearsdickson@sievinglawfirm.com | John H. Beisner, admitted *pro hac vice*<br>Jessica D. Miller, admitted *pro hac vice*<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>1440 New York Avenue, N.W<br>Washington, D.C. 20005-2111<br>Telephone: (202) 371-7850<br>Facsimile: (202) 661-0525<br>john.beisner@skadden.com<br>jessica.miller@skadden.com |
| Charles E. Schaffer, admitted *pro hac vice*<br>**LEVIN, FISHBEIN, SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663<br>cschaffer@lfsblaw.com<br><br>*Attorneys for Plaintiffs* | Richard T. Bernardo, *pro hac vice forthcoming*<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Four Times Square<br>New York, NY<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>richard.bernardo@skadden.com<br><br>*Attorneys for Defendant* |

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO RESPOND THERETO – Page 3; Case No. 1:15-cv-01892-TLN-KJN

1 **ORDER**

2     GOOD CAUSE APPEARING, it is hereby ordered that:

3     1.    Plaintiffs are granted leave to amend the Complaint and shall file the Amended
4 Complaint.

5     2.    The hearings on Defendant's motion to dismiss the complaint and motion to strike
6 class allegations are continued.

7     3.    Defendant may have forty-five (45) days from the filing of the Amended
8 Complaint to respond in writing to the Amended Complaint and file any motion.

9     4.    Defendant shall reserve their motion(s) so as to give Plaintiffs not less than forty-
10 five (45) days to oppose the motions in writing.

Dated: May 6, 2016

                                    Troy L. Nunley
                                    United States District Judge