1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  JEFFREY SNYDER, et al.,                    No. 1:15-cv-01892-TLN-KJN
12           Plaintiffs,
13       v.                                    **ORDER**
14  TAMKO BUILDING PRODUCTS, INC.,
15           Defendant.
16

17       This matter is before the Court pursuant to Defendant Tamko Building Products, Inc.'s
18  ("Defendant") request for a page extension for its motion to dismiss. (*See* ECF No. 62.)
19  Defendant seeks permission from the Court to file a 60-page brief in support of its motion to
20  dismiss Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure
21  12(b)(6) and to file a separate 20-page brief in support of its motion to strike Plaintiffs' class
22  allegations pursuant to Federal Rule of Civil Procedure 23. (*See* Def's P&A in Supp. of Mot. to
23  Dismiss, ECF No. 63 at 2.) Defendant asserts that it requires 60 pages for its motion to dismiss in
24  order to adequately address the numerous causes of action alleged by each of the four Plaintiffs,
25  whose claims are governed by the laws of four different states.
26       After reviewing Defendant's briefing, the Court finds that an extension is appropriate, but
27  the Court cautions Defendant to be as concise as possible in addressing Plaintiffs' causes of
28  action. Thus, the Court hereby grants Defendant permission to file a 60 page brief in support of

1   its motion to dismiss Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of
2   Civil Procedure 12(b)(6) and to file a separate 20-page brief in support of its motion to strike
3   Plaintiffs' class allegations.
4        IT IS SO ORDERED.

6   Dated: August 19, 2016

                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge

2