UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

October 16, 2019

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Richard Norman Sieving  Email: rsieving@sievinglawfirm.com
Charles Stephen Painter Email: cpainter@ericksenarbuthnot.com
John H. Beisner Email: john.beisner@skadden.com

Re: Snyder et al v. Tamko Building Products, Inc.
USDC Kansas Case Number: 19-2630-JWL-KGG
USDC California Eastern District: Case Number: 15-1892-TLN-KJN

Dear Counsel of Record:

Please be advised that the above named action has been transferred to the U.S. District Court for the District of Kansas at Kansas City, Kansas.  We have assigned Civil Action Number 19-2630-JWL-KGG, assigned to the Honorable John W. Lungstrum, District Judge, and to the Honorable Kenneth G. Gale, Magistrate Judge, for pretrial proceedings.

Our local rules and information regarding admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting Attorney Registration at (913) 735-2229.


Sincerely,
TIMOTHY M. O'BRIEN - CLERK

By: s/Yolanda Marzett
Deputy Clerk